IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

**UNITED STATES OF AMERICA,**

    **PLAINTIFF,**

v.                                           **CASE NO. 2:10-cr-00160**

**JONATHAN STEVEN DEUTSCH,**

    **DEFENDANT.**

## MOTION TO WITHDRAW AS COUNSEL
## FOR DEFENDANT JONATHAN STEVEN DEUTSCH

    Undersigned counsel, Michael W. Carey and the law firm of Carey, Scott & Douglas, PLLC, hereby move this Court to enter an order granting leave to withdraw as counsel for the Defendant Jonathan Steven Deutsch, in this case. In support of this motion, counsel aver as follows:

    1. A presently unreconsilable breakdown of the attorney-client relationship has developed;

    2. Undersigned counsel hereby certifies that he has complied with the requirements of *Rule* 4.03, *West Virginia Trial Court Rules*, in providing Defendant Jonathan Steven Deutsch with the information required under *Rule* 4.03, and serving him notice of this motion, and all other matters required by the *Rules of Professional Conduct* and *Trail Court Rules,* including notice of a hearing on this matter, should the Court request such.

    WHEREFORE, counsel hereby move the Court to grant them leave to withdraw as counsel for Defendant Jonathan Steven Deutsch in this matter.

Respectfully submitted:

*Michael W. Carey*

Michael W. Carey, WVSB No. 635
Carey, Scott, Douglas & Kessler, PLLC
901 Chase Tower
707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
(304) 345-1234
mwcarey@csdlawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

**UNITED STATES OF AMERICA,**

    **PLAINTIFF,**

v.                       **CASE NO. 2:10-cr-00160**

**JONATHAN STEVEN DEUTSCH,**

    **DEFENDANT.**

### CERTIFICATE OF SERVICE

I, Michael W. Carey, counsel for Defendant Jonathan Steven Deutsch, do hereby certify that on this the 11th day of November, 2010, I have filed the "Motion to Withdraw as Counsel for Defendant Jonathan Steven Deutsch" using the Court's electronic filing system which will provide notice of such filing to the following:

    Anna Forbes, AUSA
    Office of the United States Attorney
    U.S. Department of Justice
    United States Courthouse
    300 Virginia Street East
    P.O. Box 1713
    Charleston, WV 25326-1713

*/s/ Michael W. Carey*
Michael W. Carey, WVSB No. 635