IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>JONATHAN STEVEN DEUTSCH | CASE NO. 2:10-CR-00160 |

**MOTION TO WITHDRAW AS COUNSEL
FOR DEFENDANT JONATHAN STEVEN DEUTSCH**

Pursuant to Local Rule of Criminal Procedure 44.4, Richard S. Glaser, Jr., James C. Lesnett, Jr., and the law firm Parker Poe Adams & Bernstein LLP hereby move the Court for permission to withdraw from this matter as counsel for Defendant Jonathan Steven Deutsch. In support of this motion, counsel states as follows:

1. An irreconcilable breakdown of the attorney-client relationship has developed.

2. Rule 1.16(b)(3), (b)(4), (b)(5), and (b)(6) of the *West Virginia Rules of Professional Conduct* permit counsel to withdraw from this matter. Further, counsels' continued adherence to the *West Virginia Rules of Professional Conduct* will materially impair counsels' ability to continue representing Defendant. Accordingly, counsels' withdrawal under these circumstances will not have a material adverse effect on Defendant.

3. Counsel requests an *in camera* hearing with the Court and Defendant to further discuss counsels' withdrawal from this matter.

4. Counsel hereby certifies that they have provided Defendant with a copy of this motion and notice that it may be heard by the Court during the sentencing hearing scheduled

PPAB 1934560v1

for March 5, 2012 at 1:30 pm in Courtroom 6600 of the United States District Court for the Southern District of West Virginia at 300 Virginia Street, East, Charleston West Virginia 25301.

WHEREFORE, undersigned counsel and the law firm of Parker Poe Adams & Bernstein LLP move the Court for an Order allowing them to withdraw as counsel of record for Defendant in the above-captioned matter.

Respectfully submitted this 2nd day of March, 2012.

/s/ Richard S. Glaser, Jr.
Richard S. Glaser, Jr., WVSB No. 1390
James C. Lesnett, Jr., WVSB No. 9811
PARKER POE ADAMS & BERNSTEIN LLP
Three Wachovia Center
401 South Tryon Street
Suite 3000
Charlotte, North Carolina 28202
Telephone: (704) 372-9000
Facsimile: (704) 335-9744
rickglaser@parkerpoe.com
jamielesnett@parkerpoe.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2012, I electronically filed the foregoing MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT JONATHAN STEVEN DEUTSCH with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record who are registered on the CM/ECF system and via electronic mail and first class mail, postage prepaid, to:

>Jonathan Steven Deutsch
>P.O. Box 75302
>Charleston, WV 25375

>/s/ Richard S. Glaser, Jr.
>Richard S. Glaser, Jr.