# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 6/11/2012                                                                                   Case Number 2:10-cr-00160
Case Style: USA vs. Jonathan Steven Deutsch
Type of hearing Sentencing
Before the honorable: 2515-Johnston
Court Reporter Ayme Cochran                                                      Courtroom Deputy Staci Wilson
Attorney(s) for the Plaintiff or Government Thomas Ryan


Attorney(s) for the Defendant(s) Michael Carey,Richard Glaser,James Lesnett,Rodney Smith


Law Clerk Summer Shelton                                                           Probation Officer Jeff Gwinn

## Trial Time

Contested Sentencing Hearing.


## Non-Trial Time



## Court Time

10:00 am   to 11:58 am
12:06 pm   to 12:36 pm
Total Court Time: 2 Hours 28 Minutes Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

Scheduled Start 10:00 a.m.
Actual Start 10:00 a.m.

Defendant present in person and by counsel for sentencing as to Count Thirty.
Defendant placed under oath.
Government cross examination of Michael Chaney continues.
Cross by Mr. Ryan.
Government Exhibit 4 marked and admitted.
Re-direct by Mr. Glaser.
Defendant Exhibit 4 marked and admitted.
Defendant Exhibit 5 marked and admitted.
Court addresses PSR and remaining objections.
Court adopts findings in PSR and addendums.
Defendant Exhibit 6 marked and admitted.
Court adjudges Defendant guilty pursuant to prior plea.
Court makes U.S.S.G. findings as follows:
    Total Offense Level: 17
    Criminal History: I
    Custody Range: 24-30 months
    Supervised Release Range: 3-5 years
    Fine Range:  $5,000 - $50,000
    Assessment:  $100 PAID
Defendant speaks on own behalf.

Court recessed:  11:58 a.m.
Court reconvened:  12:06 p.m.

District Judge Daybook Entry

Counsel speak before sentence is imposed.
After considering advisory U.S.S.G. ranges and Sec. 3553(a) factors, Court imposes sentence as follows:
    Custody: 24 months
    Supervised Release: 5 years
    Fine: none imposed
    Assessment:  $100 PAID
Court states reasons for sentence imposed.
Counts One through 29, 31, and 32 dismissed upon motion of Government.
Defendant released.
Defendant advised of right to appeal.
Court directs that PSR be filed under seal.
Court recessed at 12:36 p.m.